**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10462 |
| Plaintiff - Appellee, | D.C. No. 1:06-cr-00178-DAE |
| v. | |
| BARRY N. ODEGAARD, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted July 19, 2010[**]

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

Barry N. Odegaard appeals from his jury-trial conviction and 60-month

sentence for illegal distribution of oxycodone, in violation of 21 U.S.C. §§

841(a)(1) and (b)(1)(C). Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

---

[*]  This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]  The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Odegaard's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.**